UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KEVIN MOORE,                    )
                               )
          Petitioner,          )
                               )
     vs.                       )          Case No. 4:05CV1551 CDP
                               )
CHARLES DWYER,                 )
                               )
          Respondent.          )

## MEMORANDUM AND ORDER

This matter is before me on the petition of Kevin Moore for a writ of habeas
corpus under 28 U.S.C. § 2254. I referred this matter to United States Magistrate
Judge Frederick L. Buckles for a report and recommendation on all dispositive and
non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On June 27, 2008,
Judge Buckles filed his recommendation that the petition of Mr. Moore for a writ
of habeas corpus be denied. The Petitioner has not filed any objections, and his
time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning
of Magistrate Judge Buckles set forth in support of his Report and
Recommendation of June 27, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 16] be adopted in its entirety, and the petition of Kevin Moore for a writ of habeas corpus [#2] be **DISMISSED** without further proceedings.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued, as none of the grounds raised present issues on which reasonable jurists could differ.

A separate judgment will be entered this same date.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2008.